UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| THE UNITED STATES for use of SCIPAR, INC., <br><br> Plaintiff, <br><br> v. <br><br> ATKINSON-DILLINGHAM-LANE, J.V., an Illinois Corporation, FIDELITY AND DEPOSIT COMPANY OF MARYLAND, a Maryland Corporation, UNIVERSAL UNDERWRITERS INSURANCE COMPANY, a Missouri Corporation, AMERICAN HOME ASSURANCE COMPANY, a New York Corporation, FIREMAN'S FUND INSURANCE COMPANY, a California Corporation, SEABOARD SURETY COMPANY, a New York Corporation, ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Minnesota Corporation, PLATEAU ELECTRICAL CONSTRUCTORS, INC., a Washington Corporation, and RELIANCE INSURANCE COMPANY, a Pennsylvania Corporation, <br><br> Defendants. | Case No. 4:04-cv-4182-JPG |

**MEMORANDUM AND ORDER**

THIS MATTER comes before the Court on the Stipulation of Dismissal With Prejudice (Doc. 58) pursuant to Federal Rule of Civil Procedure 41(a)(1) signed by all parties who have appeared in this case.  Rule 41(a)(1)(ii) allows dismissal by a plaintiff without a court order by filing such a stipulation.  Therefore, the Court finds that this action is **DISMISSED with prejudice** and **DIRECTS** the Clerk of Court to enter judgment accordingly.

**IT IS SO ORDERED**:
**DATED:  June 21, 2005**

                                                        s/ J. Phil Gilbert
                                                    **U.S. District Court Judge**