UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| THE UNITED STATES for use of SCIPAR, INC., <br><br> Plaintiff, <br><br> v. <br><br> ATKINSON-DILLINGHAM-LANE, J.V., an Illinois Corporation, FIDELITY AND DEPOSIT COMPANY OF MARYLAND, a Maryland Corporation, UNIVERSAL UNDERWRITERS INSURANCE COMPANY, a Missouri Corporation, AMERICAN HOME ASSURANCE COMPANY, a New York Corporation, FIREMAN'S FUND INSURANCE COMPANY, a California Corporation, SEABOARD SURETY COMPANY, a New York Corporation, ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Minnesota Corporation, PLATEAU ELECTRICAL CONSTRUCTORS, INC., a Washington Corporation, and RELIANCE INSURANCE COMPANY, a Pennsylvania Corporation, <br><br> Defendants. | Case No. 4:04-cv-4182-JPG |

## JUDGMENT

This matter having come before the Court, and the parties having stipulated to dismissal with prejudice,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice.

NORBERT JAWORSKI

Dated:  June 21, 2005                                by:s/Deborah Agans, Deputy Clerk

Approved:    s/ J. Phil Gilbert
             **J. PHIL GILBERT**

**DISTRICT JUDGE**